**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY, | No. C 06-4407 SI (pr) |
|     Plaintiff, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| C. NOLL; et al., | |
|     Defendants. | |

Defendants have filed an <u>ex parte</u> request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Neah Huynh, the court GRANTS the request. (Docket # 14.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **May 4, 2007**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **June 8, 2007**.

3. Defendants must file and serve their reply brief, if any, no later than **June 22, 2007**.

IT IS SO ORDERED.

Dated: April 12, 2007

                                                                    SUSAN ILLSTON
                                                 United States District Judge