1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  NEAH HUYNH, State Bar No. 235377
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5720
    Fax: (415) 703-5843
8   Email: Neah.Huynh@doj.ca.gov

9  Attorneys for Defendants Darrett, Decree, and
   Cervantes

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>C. NOLL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 06-4407 SI<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

///
///
///
///
///
///
///
///
///

Stipulation Voluntary Dismissal With Prejudice (FRCP 41(a)(1)(ii))　　　*Montgomery v. Noll, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 06-4407 SI

1

1  IT IS STIPULATED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the
2  above-entitled action shall be dismissed with prejudice as to all defendants. Each side shall bear
3  their own attorneys' fees and costs.

4
5  DATED: 7/20/07         _____
                          DWAYNE MONTGOMERY
6                         Plaintiff in Pro Se

7
8  DATED: 7/20/07         _____
                          NEAH HUYNH
9                         Deputy Attorney General
                          Attorney for Defendants M. Cervantes, D. Decree, and
10                        G. Darrett

11
12 DATED: 7/20/07         _____
                          MICHAEL AUSTIN
13                        Galloway, Lucchese, Everson, & Picchi, P.C.
                          Attorney for Defendant E. Jones

14

20096965.wpd
SF2007200061

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Voluntary Dismissal With Prejudice (FRCP 41(a)(1)(ii))

*Montgomery v. Noll, et al.*
Case No. C 06-4407 SI

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Montgomery v. Noll, et al.**

No.: **C 06-4407 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 24, 2008**, I served the attached

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Aaron T. Schultz, Esq.**
**Galloway, Lucchese, Everson & Picchi, L.P.**
**1676 North California Blvd., Suite 500**
**Walnut Creek, CA 94596-4183**
Attorney for Eric Jones

**Dwayne S. Montgomery, K-14298**
**Salinas Valley State Prison**
**P.O. Box 1020**
**Soledad, CA 93960-1020**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 24, 2008**, at San Francisco, California.

M.M. Argarin
Declarant

*M.M. Argarin*
Signature

40232673.wpd